| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

In re:

Vanessa Rosas

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/10/2024    Vanessa Rosas    /s/ Vanessa Rosas
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1002-1.EMP.INCOME.DEC

## NEW ALTERNATIVES, INC. — 3588

**Employee Name:** VANESSA ROSAS  **Employee ID:** 1221  **Date:** 06/25/2024  **Check #:** 3588

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| Hourly | 21.00 | 80.00 | 1,680.00 |
| OverTi... | 0.00 | 0.00 | 0.00 |

### Deductions

| Code | Amount |
|---|---|

### Leave

| Code | Accrued | Taken | Balance | Taken YTD |
|---|---|---|---|---|
| Sick | 2.66 | 0.00 | 14.90 | 0.00 |

Maximum Sick available is 48 hours per year

### Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 125.29 | 691.26 | 9,576.00 |
| SS | 104.16 | 593.71 | 9,576.00 |
| MC | 24.36 | 138.85 | 9,576.00 |
| SWT-CA | 39.55 | 217.36 | 9,576.00 |
| LWT-SDI CA | 18.48 | 105.34 | 9,576.00 |

**Pay Period:** 06/05/2024 - 06/18/2024

### Totals

| | |
|---|---|
| Earnings | 1,680.00 |
| Deductions | 0.00 |
| Taxes | 311.84 |
| Net Pay | 1,368.16 |

---

## NEW ALTERNATIVES, INC. — 3654

**Employee Name:** VANESSA ROSAS  **Employee ID:** 1221  **Date:** 07/09/2024  **Check #:** 3654

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| Hourly | 21.00 | 76.00 | 1,596.00 |
| Sick | 21.00 | 8.00 | 168.00 |
| OverTi... | 0.00 | 0.00 | 0.00 |

### Deductions

| Code | Amount |
|---|---|

### Leave

| Code | Accrued | Taken | Balance | Taken YTD |
|---|---|---|---|---|
| Sick | 2.53 | 8.00 | 9.43 | 8.00 |
| Vacation | 3.08 | 0.00 | 3.08 | 0.00 |

Maximum Sick available is 48 hours per year

### Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 135.37 | 826.63 | 11,340.00 |
| SS | 109.37 | 703.08 | 11,340.00 |
| MC | 25.58 | 164.43 | 11,340.00 |
| SWT-CA | 44.55 | 261.91 | 11,340.00 |
| LWT-SDI CA | 19.40 | 124.74 | 11,340.00 |

**Pay Period:** 06/19/2024 - 07/02/2024

### Totals

| | |
|---|---|
| Earnings | 1,764.00 |
| Deductions | 0.00 |
| Taxes | 334.27 |
| Net Pay | 1,429.73 |

**NEW ALTERNATIVES, INC.**                                                                                               3239

Employee Name:   VANESSA ROSAS                                Employee ID: 1221                           04/16/2024                 3239

| Earnings | | | | Deductions | | Leave | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Accrued | Taken | Balance | Taken YTD |
| Hourly | 21.00 | 52.00 | 1,092.00 | | | | | | | |
| OverTi... | 31.50 | 4.00 | 126.00 | | | Sick | 1.86 | 0.00 | 1.86 | 0.00 |

Maximum Sick available is 48 hours per year

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 69.85 | 69.85 | 1,218.00 |
| SS | 75.52 | 75.52 | 1,218.00 |
| MC | 17.66 | 17.66 | 1,218.00 |
| SWT-CA | 19.22 | 19.22 | 1,218.00 |
| LWT-SDI CA | 13.40 | 13.40 | 1,218.00 |

**Totals**

Pay Period:   03/27/2024  -  04/09/2024       Earnings     1,218.00         Taxes       195.65
                                               Deductions      0.00         Net Pay   1,022.35

---

**NEW ALTERNATIVES, INC.**                                                                                               3313

Employee Name:   VANESSA ROSAS                                Employee ID: 1221                           04/30/2024                 3313

| Earnings | | | | Deductions | | Leave | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Accrued | Taken | Balance | Taken YTD |
| Hourly | 21.00 | 80.00 | 1,680.00 | | | | | | | |
| OverTi... | 0.00 | 0.00 | 0.00 | | | Sick | 2.66 | 0.00 | 4.52 | 0.00 |

Maximum Sick available is 48 hours per year

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 125.29 | 195.14 | 2,898.00 |
| SS | 104.16 | 179.68 | 2,898.00 |
| MC | 24.36 | 42.02 | 2,898.00 |
| SWT-CA | 39.55 | 58.77 | 2,898.00 |
| LWT-SDI CA | 18.48 | 31.88 | 2,898.00 |

**Totals**

Pay Period:   04/10/2024  -  04/23/2024       Earnings     1,680.00         Taxes       311.84
                                               Deductions      0.00         Net Pay   1,368.16

---

**NEW ALTERNATIVES, INC.**                                                                                               3386

Employee Name:   VANESSA ROSAS                                Employee ID: 1221                           05/14/2024                 3386

| Earnings | | | | Deductions | | Leave | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Code | Accrued | Taken | Balance | Taken YTD |
| Hourly | 21.00 | 80.00 | 1,680.00 | | | | | | | |
| OverTi... | 31.50 | 4.00 | 126.00 | | | Sick | 2.66 | 0.00 | 7.18 | 0.00 |

Maximum Sick available is 48 hours per year

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 140.41 | 335.55 | 4,704.00 |
| SS | 111.97 | 291.65 | 4,704.00 |
| MC | 26.19 | 68.21 | 4,704.00 |
| SWT-CA | 47.33 | 106.10 | 4,704.00 |
| LWT-SDI CA | 19.86 | 51.74 | 4,704.00 |

**Totals**

Pay Period:   04/24/2024  -  05/07/2024       Earnings     1,806.00         Taxes       345.76
                                               Deductions      0.00         Net Pay   1,460.24

**NEW ALTERNATIVES, INC.**     3462

Employee Name: VANESSA ROSAS     Employee ID: 1221     05/28/2024     3462

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| Hourly | 21.00 | 80.00 | 1,680.00 |
| OverTi... | 0.00 | 0.00 | 0.00 |

### Deductions

| Code | Amount |
|---|---|

### Leave

| Code | Accrued | Taken | Balance | Taken YTD |
|---|---|---|---|---|
| Sick | 2.66 | 0.00 | 9.84 | 0.00 |

Maximum Sick available is 48 hours per year

### Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 125.29 | 460.84 | 6,384.00 |
| SS | 104.16 | 395.81 | 6,384.00 |
| MC | 24.36 | 92.57 | 6,384.00 |
| SWT-CA | 39.55 | 145.65 | 6,384.00 |
| LWT-SDI CA | 18.48 | 70.22 | 6,384.00 |

### Totals

Pay Period: 05/08/2024 - 05/21/2024

| | |
|---|---|
| Earnings | 1,680.00 |
| Deductions | 0.00 |
| Taxes | 311.84 |
| Net Pay | 1,368.16 |

---

**NEW ALTERNATIVES, INC.**     3521

Employee Name: VANESSA ROSAS     Employee ID: 1221     06/11/2024     3521

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| Hourly | 21.00 | 72.00 | 1,512.00 |
| OverTi... | 0.00 | 0.00 | 0.00 |

### Deductions

| Code | Amount |
|---|---|

### Leave

| Code | Accrued | Taken | Balance | Taken YTD |
|---|---|---|---|---|
| Sick | 2.40 | 0.00 | 12.24 | 0.00 |

Maximum Sick available is 48 hours per year

### Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 105.13 | 565.97 | 7,896.00 |
| SS | 93.74 | 489.55 | 7,896.00 |
| MC | 21.92 | 114.49 | 7,896.00 |
| SWT-CA | 32.16 | 177.81 | 7,896.00 |
| LWT-SDI CA | 16.64 | 86.86 | 7,896.00 |

### Totals

Pay Period: 05/22/2024 - 06/04/2024

| | |
|---|---|
| Earnings | 1,512.00 |
| Deductions | 0.00 |
| Taxes | 269.59 |
| Net Pay | 1,242.41 |