Certificate Number: 14912-CAC-DE-038726761

Bankruptcy Case Number: 24-11852



14912-CAC-DE-038726761

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2024</u>, at <u>9:02</u> o'clock <u>PM EDT</u>, <u>Vanessa Rosas</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  August 1, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor